```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

JAMES LEVI STOKES,                *

      Petitioner,         *

vs.                               *
                                    CASE NO. 4:11-CV-54 (CDL)

Warden JOSE MORALES,              *

      Respondent.         *

## ORDER ON AMENDED REPORT AND RECOMMENDATION

After a *de novo* review of the record in this case, the Amended Report and Recommendation, including a recommended denial of a certificate of appealability filed by the United States Magistrate Judge on September 28, 2011, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have been considered and are found to be without merit.

IT IS SO ORDERED, this 23rd day of December, 2011.

                                                    s/Clay D. Land
                                                    CLAY D. LAND
                                                    UNITED STATES DISTRICT JUDGE